## *United States District Court for the Northern District of Illinois*

Case Number: 08CV35                    Assigned/Issued By: J. N.

Judge Name: BUCKLO           Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

***Amount Due:***   ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

#### (For Use by Fiscal Department Only)

Amount Paid: 350                    Receipt #: 2433621

Date Payment Rec'd: 1-2-08          Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                         ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets     _____
                                   (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

3   Original and 0   copies on 1-2-08   as to WESLEY J. ORLOWSKI;
                                  (Date)
ORLOWSKI CONSTRUCTION INC.; ORLOWSKI COMPANY INC.

_____