## INSTALLMENT NOTE

This Installment Note ("Note") is made between the Laborers' Pension Fund ("Pension Fund") and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity ("Health and Welfare Fund" or collectively the "Funds"), the parties of the first part, and Orlowski Construction, Inc. ("Company 1") and Orlowski Company, Inc. ("Company 2"), the parties of the second part.

WHEREAS, Company 1 has at all relevant times been party to a collective bargaining agreement ("CBA") with Local 1 of the Construction and General Laborers' District Council of Chicago and Vicinity, whereunder it is obligated to make certain contributions to the above-named Funds, as well as to the Training Fund, on behalf of its covered employees, and to submit payment of all employee union dues;

WHEREAS, Company 1 and Company 2 have failed to timely pay certain contributions owed to the Funds for the audit period of January 1, 2003 through July 31, 2006.

WHEREAS, Company 2 is a successor to / alter ego of / single employer with Company 1 and desires to be liable for and ensure payment of Company 1's debt to the Funds.

WHEREAS, Company 1 and Company 2 desire to pay all delinquencies owed to the Funds, to pay all union dues owed to the Construction and General Laborers' District Council of Chicago and Vicinity, together with liquidated damages, and interest, and attorneys fees and costs as set forth below and further desires to remain current in its obligation to pay contributions to the Funds.

THE PARTIES HEREBY AGREE as follows:

1. Company 1 and Company 2 will pay $41,001.40 to the Health and Welfare Fund (comprised of $38,525.35 in delinquencies, liquidated damages, interest, and audit costs, and $2,476.05 in attorney fees and costs. Company 1 and Company 2 will also pay $28,339.29 to the Pension Fund (comprised of $25,863.25 in delinquencies, liquidated damages, interest, and audit costs, and $2,476.05 in attorney fees and costs. All of these amounts shall be paid according to the schedule described below in paragraphs 3 and 6.

2. Company 1 and Company 2 will also pay $1,167.63 to the Training Fund (comprised of $820.69 in delinquent contributions, $82.06 in liquidated damages and $264.97 in interest), $980.50 to the IAF/Safety Fund (comprised of $537.90 in delinquent contributions, $33.79 in liquidated damages and $109.11 in interest), $424.51 to the LECET Fund (comprised of $311.31 in delinquent contributions, $31.13 in liquidated damages and $82.07 in interest), $1,018.55 to the LDCMC Fund (comprised of $747.12 in delinquent contributions, $74.71 in liquidated damages and $196.72 in interest) $68.72 to the CISCO Fund (comprised of $48.28 in delinquent contributions, $4.83 in liquidated damages, and $15.61 in interest) and $3,762.04 in union dues (comprised of $3,420.04 delinquent contributions and $342.00 in liquidated damages). These delinquent amounts shall be paid in their entirety at the time payment under this Note commences, in accordance with the schedule described in paragraph 3.

3. For twelve (6) consecutive months, commencing on March 1, 2007 and ending on August 1, 2007, Company 1 and Company 2 will pay $5,617.53 per month to the Health and Welfare Fund and $3,922.14 per month to the Pension Fund.

4. Company 1 and Company 2 will remit all payments to the Funds' Administrative Offices, which are located at 11465 Cermak Road, Westchester, Illinois 60154.

5. Company 1 and Company 2 understand and agree that this Installment Note is based on reports submitted by Company 1 to the Funds and that the Funds reserve the right to conduct an audit, in accordance with the terms of the collective bargaining agreement and the Funds' respective Agreements and Declarations of Trust, to determine benefit contribution compliance for the time period covered herein and further reserve the right to collect any unpaid contributions, union dues, interest, liquidated damages, and audit costs as shown on said audit.

6. Payments made pursuant to this Installment Note shall be considered "contributions" as defined under the terms of the CBA and the Fund's respective Agreements and Declarations of Trust. If the contributions are not paid by the 10th day following the date on which payment should have been received, the contribution shall be considered delinquent and all charges which apply to the late payment of contributions under the terms of the CBA and the Fund's respective agreements and Declarations of Trust shall apply, including, but not limited to, the assessment of

1



interest and liquidated damages. Further, in the event Company 1 and Company 2 fail to timely make any payments described in this Note. All amounts described in paragraph 1 herein shall immediately become due on the 10th day following the date on which payment should have been received by the Fund's under the terms of this Note. In such event Company 1 and Company 2 further agrees to pay all attorney fees and costs incurred by the Funds in any action to enforce any part or all of this note.

7. This Installment Note is conditioned on Company 1 and Company 2 staying current on their obligations to the Funds under the terms of the collective bargaining agreement and the Funds' respective Agreements and Declarations of Trust. In the event that Company 1 and Company 2 fail to maintain their obligations under the terms of the collective bargaining agreement and the Funds' respective Agreements and Declarations of Trust, including, but no limited to, its obligations to submit timely contribution reports and to make timely contribution payments by the tenth day following the month in which laborers' work was performed, then the Funds shall have the right to accelerate and collect all amounts due under this Installment Note, plus payment of all attorneys' fees and costs incurred by the Funds in any action to accelerate this Installment Note.

8. Company 1 and Company 2 further agree to obtain and maintain a surety bond to insure the payment of wages and benefit contributions as required under the terms of the CBA.

9. Company 1 and Company 2 shall have the right to prepay the entire amount due under the Note prior to the date upon which payment is due without penalty and without payment of any precalculated Note interest that has not accrued as of the date full payment has been made.

The Parties hereby agree to these terms by their execution hereof on the 18th day of July, 2006.

COMPANY 1 NAME
Orlowski Construction, Inc.

By: _____
     Wesley Orlowski f/k/a Wieslaw Orlowski

Title: _____

COMPANY 2 NAME
Orlowski Company, Inc.

By: _____
     Wesley Orlowski, f/k/a Wieslaw Orlowski

Title: _____

Laborers' Pension Fund

By: _____
     James S. Jorgenson, Administrator

Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity.

By: _____
     James S. Jorgenson, Administrator

2

# GUARANTY OF PAYMENT AND INDEMNIFICATION

This Guaranty (Guaranty") is made as of ~~January~~ February 2007 by the undersigned, Wesley Orlowski f/k/a Wieslaw Orlowski, (the "Guarantor"), to and for the benefit of the **LABORERS' PENSION FUND AND THE LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY** (collectively, the "Funds").

WHEREAS, **Orlowski Construction, Inc.** ("Company 1") and **Orlowski Company, Inc.** ("Company 2") have agreed to pay a total of **$76,262.95** to the Funds in settlement of the delinquent contributions owed to the Funds and to be paid under the terms of an Installment Note ("Note").

WHEREAS, the Funds are unwilling to enter into the Note unless the Guarantor executes this Guaranty; and

WHEREAS, the Guarantor has a financial interest in Company 1 and Company 2 and will be benefited by the Note:

NOW WHEREAS, in consideration of the foregoing, the Guarantor agrees as follows:

1. _Guaranty of Payment and Indemnification._ The undersigned guarantees, absolutely and unconditionally: (a) the payment when due of the entire principal indebtedness and all interest evidenced by the Note during the six (6) month payment period; and (b) the full and complete payment of any all fees, costs as such default is based upon a default under the terms of the Note, whether litigation is involved or not, and if involved, whether at the trial or appellate leves or in pre- or post- judgement bankruptcy proceedings), in enforcing or realizing upon the obligations of the Guarantor hereunder (the obligations of Guarantor under this Paragraph 1 are collectively hereinafter referred to as the "Obligations").

2. _Continuing Guaranty._ This Guaranty shall be a continuing Guaranty, and shall note be discharged, impaired or affected by; (a) the existence or continuance of any obligation on the part of Company 1 and Company 2 with respect to the Note; (b) any forbearance or extension of the time of payment of the Note; (c) the validity or invalidity of the Note; (d) any defenses whatsoever that Company 1 and Company 2 or any of the party thereto may have to the performance or observance of any term, covenant or condition contained tin the Note; (e) the existence or non-existence of Company 1 and Company 2 as a legal entity; (f) any limitation or exculpation of (other than the payment and performance in full of all of Company 1 and Company 2's Obligations) that Guarantor may have as to his undertakings, liabilities and obligations hereunder, including any defenses based upon any legal disability of Company 1 and Company 2 or any discharge or limitation of the disability of Company 1 and Company 2, whether consensual or arising by operation of law or any bankruptcy, insolvency or debtor-relief proceeding, or from any other cause, each and every such defense being hereby waived by the Guarantor.

3. _Waivers._ Guarantor waives diligence, presentment, protest, notice of dishonor, demand for payment, extension of time of payment, notice of acceptance of this Guaranty, non-payment at maturity and indulgences and notices of every kind not provided for under this Guaranty. It is the intention of this Guaranty that Guarantor shall remain liable as principal, notwithstanding any act, omission or thing which might otherwise operate as a legal or equitable discharge of Guarantor, until all of Company 1 and Company 2's obligations shall have been fully paid and performed.

4. _Subrogation._ Notwithstanding anything to the contrary elsewhere contained herein or in the Note, the guarantor expressly waive with respect to Company 1 and Company 2 any and all rights at law or in equity to subrogation, to reimbursement, to exoneration, to contribution, to set off or to any other rights that could accrue to a surety against a principal, to the Guarantor against a maker or obligor, to an accommodation party against the party accommodated, or to a holder or transferee against a maker, and which the guarantor may have or hereafter acquire against Company 1 and Company 2 in connection with or as a result of Guarantor' execution, delivery and/or

1



EXHIBIT
D-9

performance of this Guaranty or the Note. The Guarantor agrees that he or she shall not have or assert any such rights against the Company or its successors and assigns or any other period (including and surety), either directly or as an attempted set off to any action commenced against the Guarantor by Company 1 and Company 2 (as borrower or in any other capacity) or any other person.

5. <u>Independent Obligations.</u>  The Funds may enforce this Guaranty without first resorting to or without first having recourse to the Note; provided, however, that nothing herein contained shall preclude the Funds form suing on the Note or from exercising any other rights; and the Funds shall note be required to institute or prosecute proceedings to recover any deficiency as a condition of any payment hereunder or enforcement hereof.

6. <u>Acceleration.</u>  IN the event that payments due under the Note shall be accelerated, the Guarantor's obligations hereunder shall also be accelerated without further notice from the Funds.

7. <u>Effect of Bankruptcy.</u>  This Guaranty shall continue in full force and effect notwithstanding the institution by or against Company 1 and Company 2 of bankruptcy, reorganization, readjustment, receivership or insolvency proceedings of any nature, or the disaffirmance of the Note in any such proceedings, or others.

8. <u>Termination.</u>  This Guaranty shall remain in full force and effect as to the Guarantor until all of Company 1 and Company 2's Obligations under the Note outstanding shall be finally and irrevocably paid in full. Payment of all of Company 1 and Company 2's Obligations from time to time shall not operate as a discontinuance of this Guaranty. If after receipt of any payment of all or any part of Company 1 and Company 2's Obligations, the Funds are for any reason compelled to surrender such payment to any person or entity, because such payment is determined to be void or voidable as a preference, impermissible set off, or a diversion of trust fund, or for any reason, this Guaranty shall continue in full force notwithstanding any contract action which may have been taken by the Funds in reliance upon such payment, and any such contrary action so taken shall be without prejudice to the Funds' rights under this Guaranty and shall be deemed to have been conditioned upon such payment having become final and irrevocable.

9. <u>Company 1 and Company 2's Financial Condition.</u>  The guarantor assumes full responsibility for keeping fully informed of Company 1 and Company 2's financial condition and all other circumstances affecting Company 1 and Company 2's ability to perform its Obligations, and agree that the Funds will have no duty to report to Guarantor any information which the Funds receive about Company 1 and Company 2's financial condition or any circumstances bearing on its ability to perform.

10. <u>Expenses.</u>  The undersigned agrees to pay and reimburse the Funds for all cost and attorney's fees, which they may expend or incur in the enforcement of this Guaranty or any of Company 1 and Company 2's Obligations under the Note.

11. <u>Delay, Cumulative Remedies.</u>  No delay or failure by the Funds to exercise any right to remedy against Company 1 and Company 2 or Guarantor will be construed as a waiver of that right or remedy. All remedies of the Funds against Company 1 and Company 2 and the Guarantor are cumulative.

12. <u>Binding Effect.</u>  This guaranty shall incur to the benefit of any may e enforced by the Funds, and shall be binding upon and enforceable against the Guarantor and Guarantor's heirs, legal representatives, successors and assigns.  In the event of the death of the Guarantor, the obligations of such deceased Guarantor shall continue in full force and effect against his estate, personal representatives, successors and assigns. Without limiting the generality of the foregoing, the Funds (or their successors and assigns) may from time to time and without notice to undersigned, assign any and all of their rights under this Guaranty without in any way affecting or diminishing the obligations of the undersigned hereunder, who shall continue to remain bound by the obligated to perform under and with respect to this Guaranty as though there had been no such assignment.

13. <u>Default.</u>  The Guarantors hereby authorize irrevocably any attorney of any court of record to appear for them in such court, at any time after ten (10) days notice after default in any payment due under this Guaranty, and

2

confess judgement against Guarantor, after service of notice of the claimed default, in favor of the Funds for such amount to be unpaid and owed thereon, including interest, liquidated damages and reasonable cost of collection including reasonable attorneys' fees. The guarantor agrees to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgement, hereby ratify and confirming all that said attorney may do by virtue hereof.

14. **Warranties.** Guarantor makes to the Funds the following representations and warranties:

(a) **Authorization.** Guarantor has full right, power and authorization to enter into this Guaranty and carry out his obligations hereunder

(b) **No Conflict.** The execution, delivery and performance by Guarantor of this Guaranty will not violate or be in conflict with, results in a breach of, or constitute a default under, any indenture, agreement or any other instrument to which Guarantor is a party or by which Guarantor or any of his assets or properties is bound, or any order, writ, injunction or decree of any court or governmental institute.

(c) **Litigation.** There are no actions, suits or proceedings pending, or to the knowledge of Guarantor, threatened against or adversely affecting any Guarantor at law of in equity or before or by governmental agency or instrumentality which involve any of the transactions herein contemplated, or the possibility of any judgement or liability which may result in any material and adverse change in the financial condition of any Guarantor. Guarantor is not in default with respect to any judgment, order, writ, injunction, decree, rule or regulation of any court.

(d) **Enforceability.** This guaranty is a legal, valid and binding obligation of Guarantor, enforceable in accordance with its terms, except as enforceability may be limited by applicable bankruptcy, insolvency or similar laws affecting the rights of creditors generally.

15. **Notices.** All notices or other communications required or permitted hereunder shall be (a) in writing and shall be deemed to be given when either (I) delivered in period, (II) three (3) days after deposit in a regularly maintained receptacle of the United States mail as registered or Certified mail, postage prepaid, (III) when received if sent by private courier service, or (IV) on the day on which Guarantor refuses delivery by mail or by private courier service, and (b) addressed as follows:

In Case of Guarantor

In Case of the Funds:

Office of Fund Counsel
Jerrod Olszewski
53 W. Jackson, Suite 550
Chicago IL 60604

3

or such other addresses as may from time to time be designated by the party to be addressed by notice to the other in the manner hereinabove provided. The Funds will use their best efforts to send courtesy copies of notices provided hereunder to Guarantor's attorney, _____. But the failure by the Funds to send courtesy copies to Guarantor's attorney shall not limit or restrict the Funds' rights under this Guaranty in any manner nor relieve Guarantor of any obligations under this guaranty.

16. **Additional Waivers.** Guarantor expressly and unconditionally waives, in connection with any suit, action or proceeding brought by the Funds on this Guaranty, any and every right he or she may have to (I) injunctive relief, (II) a trial by jury, (III) interpose any counterclaim therein and (IV) seek to have the same consolidated with any other or separate suit, action or proceeding.

17. **Severability.** If all or any portion of any provision of this Guaranty is declared or found by a court of competent jurisdiction to be unenforceable or null and void, such provision or portion thereof shall be deemed stricken and severed from this Guaranty and the remaining provisions and portions hereof shall continue in full force and effect.

18. **Applicable Law; Venue.** This Guaranty and the transactions evidenced hereby shall be construed and interpreted under the laws of the State of Illinois. Guarantor, in order to induce the Funds to accept this Guaranty and enter into the loan agreement, and for other good and valuable consideration, the receipt and sufficiency of which hereby is acknowledged, agrees that all actions or proceedings arising directly, indirectly or otherwise in connection with, out of, related to or from this Guaranty shall be litigated, at the Fund's sole discretion and election, only in courts having a situs within the county of Cook, State of Illinois, Eastern Division. Guarantor hereby waives any right he or she may have to transfer or change the venue or any litigation brought against him by the Funds on this agreement in accordance with this paragraph.

19. **Time is of the Essence.** Time is of the essence of this Guaranty as to the performance of the undersigned.

20. **Death of a Guarantor.** In the event of the death of Guarantor, the Funds shall have the right to accelerate the indebtedness evidenced by the Note unless, within sixty (60) days of his death, Guarantor's estate assumes his obligations hereunder by an instrument satisfactory to the Funds and delivers to the Funds security for performance of such obligations satisfactory to the Funds.

IN WITNESS WHEREOF, the undersigned Guarantor has executed this instrument as of the date and year first above written.

_Wesley Orlowski_

_____
Social Security Number

Date: _____


APPROVED AS TO FORM AND SUBSTANCE
ON BEHALF OF GUARANTOR:


Dated: _____

4

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

® ⬡ 433

March 20, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Laborers Pension & Welfare Funds

## EXIT AUDIT

RE:   Orlowski Construction Inc. (13488)

We have performed a fringe benefit contribution compliance audit of
Orlowski Construction Inc., for the period from August 1, 2006 through
September 30, 2007.  The audit encompassed the comparison of individual
earnings records to certain payroll tax and fund reports and a review of the
general disbursement records.

The comparison and review indicate that the employer has not complied with
its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $ 78,010.00 |
| PENSION | 52,422.80 |
| TRAINING | 1,914.19 |
| LECET | 504.66 |
| LMCC | 1,211.16 |
| CAICA | 807.44 |
| DUES | 6,591.18 |
| Sub Total | $141,461.43 |
| Plus previous late charges assessed by Laborer's Pension & Welfare Funds | $     884.52 |
| TOTAL | $142,345.95 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

RICHARD J. WOLF AND COMPANY, INC.

**EXHIBIT**
**D-9**

3/20/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

## ORLOWSKI CONSTRUCTION INC.  #13488

### ADDITIONAL HOURS and/or WORK DUES   6/06  -  5/07

**JUN 06 to MAY 07**

| S.S. # | Flags | Type | 2006 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEDORNYAK, IVAN ...2679 | # SC | Hours | | | | 103.00 | 54.50 | 170.00 | | | | | | | 327.50 |
| | | Gross $ | | | | | | | | | | | | | $ |
| HOLOWINSKI, MACIES ...923 | # SC | Hours | | | | | | 44.00 | | | | | | | 44.00 |
| | | Gross $ | | | | | | | | | | | | | $ |
| ORLOWSKI, WES ...4239 | # | Hours | | | | | | | | | | | | 160.00 | 160.00 |
| | | Gross $ | | | | | | | | | | | | 5,048.00 | $ 5,048.00 |

**TOTAL HOURS** | | | | | | 103.00 | 54.50 | 214.00 | | | | | | 160.00 | 531.50

**TOTAL GROSS $** | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ 5,048.00 | $ 5,048.00

### Amount Due To Funds:

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ | $ | $ | $ 768.38 | $ 406.57 | $ 1,598.44 | $ | $ | $ | $ | $ | $ 1,193.60 | $ 3,964.99 |
| PENSION | $ | $ | $ | $ 498.52 | $ 283.78 | $ 1,035.76 | $ | $ | $ | $ | $ | $ 774.40 | $ 2,572.46 |
| TRAINING | $ | $ | $ | $ 17.51 | $ 9.27 | $ 36.38 | $ | $ | $ | $ | $ | $ 27.20 | $ 90.36 |
| LECET | $ | $ | $ | $ 5.15 | $ 2.73 | $ 10.70 | $ | $ | $ | $ | $ | $ 8.00 | $ 28.58 |
| LMCC | $ | $ | $ | $ 12.36 | $ 6.54 | $ 25.68 | $ | $ | $ | $ | $ | $ 19.20 | $ 63.78 |
| CAICA | $ | $ | $ | $ 8.24 | $ 4.36 | $ 17.12 | $ | $ | $ | $ | $ | $ 1.80 | $ 42.52 |
| DUES | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ 88.34 | $ 88.34 |
| **TOTAL** | $ - | $ - | $ - | $ 1,310.16 | $ 693.25 | $ 2,722.08 | $ - | $ - | $ - | $ - | $ - | $ 2,123.54 | $ 6,849.03 |

| Rates: | 6/1/06 | to | 5/31/07 |
|---|---|---|---|
| WELFARE | 7.46 | LMCC | 0.12 |
| PENSION | 4.84 | CAICA | 0.08 |
| TRAINING | 0.17 | DUES | 1.75% |
| LECET | 0.05 | | |

# LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

## ORLOWSKI CONSTRUCTION INC.  #13488

**JUN 06 to MAY 07**

### ADDITIONAL WELFARE - PENSION - TRAINING HOURS   6/06 - 5/07

| S.S. # | Flags | Type | | 2006 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAGNER, CHARLES | # | Hours | | - | - | - | - | - | - | - | - | - | - | - | 63.00 | 63.00 |
| ___565 | | Gross $ | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 63.00 | $ 63.00 |

**TOTAL HOURS**

**TOTAL GROSS $**

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 63.00 | $ 63.00 |

**Amount Due To Funds:**

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 469.98 | $ 469.98 |
| PENSION | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 304.92 | $ 304.92 |
| TRAINING | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10.71 | $ 10.71 |
| TOTAL | $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 785.61 | $ 785.61 |

| Rates: | 6/1/06 | to | 5/31/07 |
|---|---|---|---|
| WELFARE | 7.46 | LMCC | |
| PENSION | 4.84 | CAICA | |
| TRAINING | 0.17 | DUES | |
| LECET | | | |

3/20/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

ORLOWSKI CONSTRUCTION INC.  #13488

*ADDITIONAL WELFARE - PENSION - TRAINING HOURS  6/07 - 5/08*

JUN 07 to MAY 08

| S.S.# | Flags | Type | 2007 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2008 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAGNER, CHARLES | # | Hours | 58.00 | - | - | - | - | - | - | - | - | - | - | - | 58.00 |
| 7565 | | Gross $ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

TOTAL HOURS

| | 2007 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2008 Jan | Feb | Mar | Apr | May | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 58.00 | - | - | - | - | - | - | - | - | - | - | - | 58.00 |

TOTAL GROSS $

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 462.26 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 462.26 |
| PENSION | $ 329.44 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 329.44 |
| TRAINING | $ 12.76 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 12.76 |
| TOTAL | $ 804.46 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 804.46 |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 7.97 | LMCC | |
| PENSION | 5.68 | CAICA | |
| TRAINING | 0.22 | DUES | |
| LECET | | | |

3/20/2008

## LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

### ORLOWSKI CONSTRUCTION INC.  #13488

*UNREPORTED HOURS and/or WORK DUES  6/06 - 5/07*

**JUN 06 to MAY 07**

| S.S. # | Flags | Type | 2006 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AWAYA 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 | SCCH10 10.00 | Hours | | | | | | | | | 146.00 | | | | 146.00 |
| | | Gross $ | | | | | | | | | 4,606.30 | | | | $ 4,606.30 |
| BEZKKLUBEPS. M. 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 | SCCH10 10.00 | Hours | | | | 63.00 | | 139.00 | | | 72.00 | | | | 274.00 |
| | | Gross $ | | | | 1,987.65 | | 4,385.45 | | | 2,271.60 | | | | $ 8,644.70 |
| BLASIAK 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 | SCCH10 10.00 | Hours | | | | | | | | | 49.00 | | | | 49.00 |
| | | Gross $ | | | | | | | | | 1,545.95 | | | | $ 1,545.95 |
| CAMPOS, MAURICIO 3438 | CH10 10.00 | Hours | | | | | | | | | | | 118.00 | 288.00 | 406.00 |
| | | Gross $ | | | | | | | | | | | 3,722.90 | 9,086.40 | $ 12,809.30 |
| CASTANEDA, CARLOS 8702 | SCCH10 10.00 | Hours | | | | | | | | | | | | 40.00 | 40.00 |
| | | Gross $ | | | | | | | | | | | | 1,282.00 | $ 1,282.00 |
| GRZANKA 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 | SCCH10 10.00 | Hours | | | 144.00 | 49.00 | | | | | | | | | 193.00 |
| | | Gross $ | | | 4,543.20 | 1,545.95 | | | | | | | | | $ 6,089.15 |
| IRLA, RYSZARD 7978 | SCCH10 10.00 | Hours | | | | 72.00 | 72.00 | 72.00 | | 72.00 | 72.00 | | | | 360.00 |
| | | Gross $ | | | | 2,271.60 | 2,271.60 | 2,271.60 | | 2,271.60 | 2,271.60 | | | | $ 11,358.00 |
| JAJE, PIOTR 2383 | SCCH10 10.00 | Hours | | | | 72.00 | 72.00 | 216.00 | | | 72.00 | | | | 432.00 |
| | | Gross $ | | | | 2,271.60 | 2,271.60 | 6,814.80 | | | 2,271.60 | | | | $ 13,629.60 |
| JOPEK, STANISLAW 2115 | SCCH10 10.00 | Hours | | | | 216.00 | 216.00 | 216.00 | | | | | | | 648.00 |
| | | Gross $ | | | | 6,814.80 | 6,814.80 | 6,814.80 | | | | | | | $ 20,444.40 |
| KOMISAREK 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 | SCCH10 10.00 | Hours | | | | | 144.00 | 72.00 | | | | | | | 216.00 |
| | | Gross $ | | | | | 4,543.20 | 2,271.60 | | | | | | | $ 6,814.80 |
| KROL, JOSEF 7993 | SCCH10 10.00 | Hours | | | | 72.00 | | 72.00 | | | | | | | 144.00 |
| | | Gross $ | | | | 2,271.60 | | 2,271.60 | | | | | | | $ 4,543.20 |
| KROWIAK, J. 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 | SCCH10 10.00 | Hours | | | 144.00 | | 144.00 | 72.00 | | | | | | | 360.00 |
| | | Gross $ | | | 4,543.20 | | 4,543.20 | 2,271.60 | | | | | | | $ 11,358.00 |
| KUNA, JANUSZ 7880 | SCCH10 10.00 | Hours | | | | 72.00 | | 144.00 | | | | | | | 216.00 |
| | | Gross $ | | | | 2,271.60 | | 4,543.20 | | | | | | | $ 6,814.80 |
| KURGAN, C. 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 | SCCH10 10.00 | Hours | | | | 72.00 | | 144.00 | | | 72.00 | | | | 288.00 |
| | | Gross $ | | | | 2,271.60 | | 4,543.20 | | | 2,271.60 | | | | $ 9,086.40 |
| KUS, TOMASZ 5600 | SCCH10 10.00 | Hours | | | | 72.00 | | 144.00 | | 72.00 | | | | | 288.00 |
| | | Gross $ | | | | 2,271.60 | | 4,543.20 | | 2,271.60 | | | | | $ 9,086.40 |

## LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

### ORLOWSKI CONSTRUCTION INC. #13488

**UNREPORTED HOURS and/or WORK DUES 6/06 - 5/07**

**JUN 06 to MAY 07**

| S.S. # | Flags | Type | 2006 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2007 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEDINA, ERICK ...654 | SC 29.00 | Hours | | | | | | | | | | | | 85.00 | 85.00 |
| | | Gross $ | | | | | | | | | | | | 2,618.75 | $ 2,618.75 |
| MEDRANO, FELIX ...9395 | 31.55 | Hours | | | | | | | | | | | | 67.50 | 67.50 |
| | | Gross $ | | | | | | | | | | | | 2,129.63 | $ 2,129.63 |
| MEDRANO, FELIX ...9395 | CH10 10.00 | Hours | | | | | | | | | | | | 159.00 | 159.00 |
| | | Gross $ | | | | | | | | | | | | 5,016.45 | $ 5,016.45 |
| MICHALCHZYK 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 | SCCH10 10.00 | Hours | | | | 72.00 | | | | | | | | | 72.00 |
| | | Gross $ | | | | 2,271.60 | | | | | | | | | $ 2,271.60 |
| MIELNICKI, M. 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 | SCCH10 10.00 | Hours | | | | 72.00 | | 144.00 | | | | | | | 216.00 |
| | | Gross $ | | | | 2,271.60 | | 4,543.20 | | | | | | | $ 6,814.80 |
| OLCHAWA, BRONISLAW ...2330 | SCCH10 10.00 | Hours | | | | | 216.00 | | | | | | | | 216.00 |
| | | Gross $ | | | | | 6,814.80 | | | | | | | | $ 6,814.80 |
| POPIELA, DARIUSZ ...8211 | SCCH10 10.00 | Hours | | | 120.00 | 288.00 | 216.00 | | | | | | | | 624.00 |
| | | Gross $ | | | 3,786.00 | 9,086.40 | 6,814.80 | | | | | | | | $ 19,687.20 |
| POSADA, DEMETRIO ...7754 | CH10 10.00 | Hours | | | | | | | | | | | | 288.00 | 288.00 |
| | | Gross $ | | | | | | | | | | | | 9,086.40 | $ 9,086.40 |
| SMOLUCHA, S. 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 | SCCH10 10.00 | Hours | | | | 62.00 | | | | | | | | | 62.00 |
| | | Gross $ | | | | 1,956.10 | | | | | | | | | $ 1,956.10 |
| SOCHA, KAZIMERZ ...5137 | SCCH10 10.00 | Hours | | | | 72.00 | | 142.00 | | | | | | | 214.00 |
| | | Gross $ | | | | 2,271.60 | | 4,480.10 | | | | | | | $ 6,751.70 |
| **TOTAL HOURS** | | | - | - | 624.00 | 1,470.00 | 792.00 | 1,577.00 | - | 72.00 | 483.00 | - | 118.00 | 927.50 | 6,063.50 |
| **TOTAL GROSS $** | | | $ - | $ - | $ 19,687.20 | $ 46,378.50 | $ 24,987.80 | $ 49,754.35 | | $ 2,271.60 | $ 15,238.65 | | $ 3,722.90 | $ 29,199.63 | $ 191,240.43 |

3/20/2008

## LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

### ORLOWSKI CONSTRUCTION INC.  #13488

**UNREPORTED HOURS and/or WORK DUES  6/06 - 5/07**

**JUN 06 to MAY 07**

| S.S.# | Flags | Type | 2006 | | | | | | | 2007 | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ 4,655.04 | $ 10,966.20 | $ 5,908.32 | $ 11,764.42 | $ - | $ 537.12 | $ 3,803.18 | $ - | $ 880.28 | $ 6,919.15 | $ 45,233.71 |
| PENSION | $ - | $ - | $ 3,020.16 | $ 7,114.80 | $ 3,833.28 | $ 7,632.68 | $ - | $ 348.48 | $ 2,337.72 | $ - | $ 571.12 | $ 4,469.10 | $ 29,347.34 |
| TRAINING | $ - | $ - | $ 106.08 | $ 249.90 | $ 134.64 | $ 268.09 | $ - | $ 12.24 | $ 82.11 | $ - | $ 20.06 | $ 157.68 | $ 1,030.80 |
| LECET | $ - | $ - | $ 31.20 | $ 73.50 | $ 39.60 | $ 78.85 | $ - | $ 3.60 | $ 24.15 | $ - | $ 5.90 | $ 46.38 | $ 303.18 |
| LMCC | $ - | $ - | $ 74.88 | $ 176.40 | $ 95.04 | $ 189.24 | $ - | $ 8.64 | $ 57.96 | $ - | $ 14.16 | $ 111.30 | $ 727.62 |
| CAICA | $ - | $ - | $ 49.92 | $ 117.60 | $ 63.36 | $ 126.16 | $ - | $ 5.76 | $ 38.64 | $ - | $ 9.44 | $ 74.20 | $ 485.08 |
| DUES | $ - | $ - | $ 344.53 | $ 811.62 | $ 437.28 | $ 870.70 | $ - | $ 39.75 | $ 266.68 | $ - | $ 65.15 | $ 510.99 | $ 3,346.70 |
| TOTAL | $ - | $ - | $ 8,281.81 | $ 19,510.02 | $ 10,511.52 | $ 20,930.14 | $ - | $ 955.59 | $ 6,410.44 | $ - | $ 1,566.11 | $ 12,308.80 | $ 80,474.43 |

| Rates: | 6/1/06 | to | 5/31/07 | |
|---|---|---|---|---|
| WELFARE | 7.46 | LMCC | 0.12 | |
| PENSION | 4.84 | CAICA | 0.08 | |
| TRAINING | 0.17 | DUES | 1.75% | |
| LECET | 0.05 | | | |

3/20/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

## ORLOWSKI CONSTRUCTION INC. #13488

### UNREPORTED HOURS and/or WORK DUES   6/07 - 5/08

**JUN 07 to MAY 08**

| S.S.# | Flags | Type | 2007 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2008 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMPOS, MAURICIO 3438 | CH10 10.00 | Hours | 288.00 | 144.00 | 144.00 | - | - | - | - | - | - | - | - | - | 576.00 |
| | | Gross $ | 9,547.20 | 4,773.60 | 4,773.60 | - | - | - | - | - | - | - | - | - | $ 19,094.40 |
| CAMPOS, MAURICIO 3438 | SCCH10 10.00 | Hours | - | - | - | 186.00 | 186.00 | 186.00 | 186.00 | - | - | - | - | - | 744.00 |
| | | Gross $ | - | - | - | 5,868.30 | 5,868.30 | 5,868.30 | 5,868.30 | - | - | - | - | - | $ 23,473.20 |
| CASTANEDA, CARLOS 8702 | SCCH10 10.00 | Hours | 132.00 | 47.00 | 109.00 | - | - | - | - | - | - | - | - | - | 288.00 |
| | | Gross $ | 4,375.80 | 1,558.05 | 3,613.55 | - | - | - | - | - | - | - | - | - | $ 9,547.40 |
| CASTANEDA, CARLOS 8702 | SCCHA 19.25 | Hours | - | - | - | - | - | - | 239.00 | - | - | - | - | - | 239.00 |
| | | Gross $ | - | - | - | - | - | - | 7,922.85 | - | - | - | - | - | $ 7,922.85 |
| JELONKOWSKI 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 | SCCH10 10.00 | Hours | - | - | 72.00 | - | - | - | - | - | - | - | - | - | 72.00 |
| | | Gross $ | - | - | 2,386.80 | - | - | - | - | - | - | - | - | - | $ 2,386.80 |
| MEDINA, ERICK 6654 | SC 29.00 | Hours | 47.00 | - | 28.00 | - | - | - | - | - | - | - | - | - | 75.00 |
| | | Gross $ | 1,558.05 | - | 928.20 | - | - | - | - | - | - | - | - | - | $ 2,486.25 |
| POSADA, DEMETRIO 754 | CH10 10.00 | Hours | 360.00 | 144.00 | 72.00 | - | - | - | - | - | - | - | - | - | 576.00 |
| | | Gross $ | 11,934.00 | 4,773.60 | 2,386.80 | - | - | - | - | - | - | - | - | - | $ 19,094.40 |
| WALSH, VINCENT 735 | CH10 10.00 | Hours | - | 72.00 | 216.00 | - | - | - | - | - | - | - | - | - | 288.00 |
| | | Gross $ | - | 2,386.80 | 7,160.40 | - | - | - | - | - | - | - | - | - | $ 9,547.20 |
| **TOTAL HOURS** | | | 827.00 | 407.00 | 641.00 | 186.00 | 186.00 | 186.00 | 425.00 | | | | | | 2,858.00 |
| **TOTAL GROSS $** | | | $ 27,415.05 | $ 13,492.05 | $ 21,249.35 | $ 5,868.30 | $ 5,868.30 | $ 5,868.30 | $ 13,791.15 | $ | $ | $ | $ | $ | $ 93,552.50 |

**Amount Due To Funds**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 6,591.19 | $ 3,243.79 | $ 5,108.77 | $ 1,482.42 | $ 1,482.42 | $ 1,482.42 | $ 3,387.25 | $ 22,778.26 |
| PENSION | 4,697.36 | 2,311.76 | 3,640.88 | 1,056.48 | 1,056.48 | 1,056.48 | 2,414.00 | 16,233.44 |
| TRAINING | 181.94 | 89.54 | 141.02 | 40.92 | 40.92 | 40.92 | 93.50 | 628.76 |
| LECET | 41.35 | 20.35 | 32.05 | 9.30 | 9.30 | 9.30 | 21.25 | 142.90 |
| LMCC | 99.24 | 48.84 | 76.92 | 22.32 | 22.32 | 22.32 | 51.00 | 342.96 |
| CAICA | 66.16 | 32.56 | 51.28 | 14.88 | 14.88 | 14.88 | 34.00 | 228.64 |
| DUES | 753.91 | 371.03 | 584.35 | 161.38 | 161.38 | 161.38 | 379.28 | 2,572.70 |
| TOTAL | $ 12,431.15 | $ 6,117.87 | $ 9,635.28 | $ 2,787.70 | $ 2,787.70 | $ 2,787.70 | $ 6,380.26 | $ 42,927.66 |

Rates:   6/1/07   to   5/31/08

| | | | |
|---|---|---|---|
| WELFARE | 7.97 | LMCC | 0.12 |
| PENSION | 5.68 | CAICA | 0.08 |
| TRAINING | 0.22 | DUES | 2.75% |
| LECET | 0.05 | | |

3/20/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

ORLOWSKI CONSTRUCTION INC.    #13488

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|         | ADDITIONAL |          | UNREPORTED |          | TOTAL |
|---------|------------|----------|------------|----------|-------|
| WELFARE  | $ 9,998.03   | $ 68,011.97   | $ 78,010.00   |
| PENSION  | $ 6,842.02   | $ 45,580.78   | $ 52,422.80   |
| TRAINING | $ 254.63     | $ 1,659.56    | $ 1,914.19    |
| LECET    | $ 58.58      | $ 446.08      | $ 504.66      |
| LMCC     | $ 140.58     | $ 1,070.58    | $ 1,211.16    |
| CAICA    | $ 93.72      | $ 713.72      | $ 807.44      |
| DUES     | $ 671.78     | $ 5,919.40    | $ 6,591.18    |
| TOTAL    | $ 18,059.34  | $ 123,402.09  | $ 141,461.43  |

# LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

ORLOWSKI CONSTRUCTION INC.  #13488

RICHARD J. WOLF AND COMPANY, INC.

## ** GRAND TOTAL **

| | | |
|---|---|---:|
| WELFARE | $ | 78,010.00 |
| PENSION | $ | 52,422.80 |
| TRAINING | $ | 1,914.19 |
| LECET | $ | 504.66 |
| LMCC | $ | 1,211.16 |
| CAICA | $ | 807.44 |
| DUES | $ | 6,591.18 |
| TOTAL | $ | 141,461.43 |

3/20/2008

6/13/2008

# LABORERS' PENSION & WELFARE FUNDS

AUDIT

EMPLOYER    ORLOWSKI CONSTRUCTION                    CODE 13488

FOLLOWING ARE THE FIGURES OWED BY THE ABOVE MENTIONED CONTRACTOR AS A RESULT OF THE AUDIT.

| 8-1-06-9-30-07 | HOURS | WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDCLMCC | RATE | MCIAF | RATE | CAICA | RATE | LECET | RATE | CISCO | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADDITIONAL HOURS** | | | | | | | | | | | | | | | | | | | |
| 8-1-06-5-31-07 | 531.50 | 3,964.99 | 7.46 | 2,572.46 | 4.84 | 90.36 | 0.17 | 88.34 | 63.78 | 0.12 | | | 42.52 | 0.08 | 26.58 | | | 0.05 | 6,649.03 |
| 8-1-06-5-31-07 | 63.00 | 469.98 | 7.46 | 304.92 | 4.84 | 10.71 | 0.17 | | | | | | | | | | | 0.05 | 785.61 |
| 6-1-07-9-30-07 | 640.00 | 5,100.80 | 7.97 | 3,635.20 | 5.68 | 140.80 | 0.22 | 583.44 | 76.80 | 0.12 | | | 51.20 | 0.08 | 32.00 | | | 0.05 | 9,620.24 |
| 6-1-07-9-30-07 | 58.00 | 462.26 | 7.97 | 329.44 | 5.68 | 12.76 | 0.22 | | | | | | | | | | | | 1,014.46 |
| **MEN NOT REPORTED** | | | | | | | | | | | | | | | | | | | |
| 8-1-06-5-31-07 | 6,063.50 | 45,233.71 | 7.46 | 29,347.34 | 4.84 | 1,030.80 | 0.17 | 3,346.70 | 727.62 | 0.12 | | | 485.08 | 0.08 | 303.18 | 0.05 | | | 80,474.43 |
| 6-1-07-9-30-07 | 2,858.00 | 22,778.26 | 7.97 | 16,233.44 | 5.68 | 628.76 | 0.22 | 2,572.70 | 342.96 | 0.12 | | | 228.64 | 0.08 | 142.90 | 0.05 | | | 42,727.66 |
| **SUBTOTAL** | 10,214.00 | 78,010.00 | | 52,422.80 | | 1,914.19 | | 6,591.18 | 1,211.16 | | | | 807.44 | | 504.66 | | | | 141,461.43 |
| 10% PENALTIES | | 4,966.87 | | 3,222.47 | | 113.19 | | 659.12 | 121.12 | | | | 80.74 | | 50.47 | | | | 9,213.98 |
| 20% PENALTIES | | 5,668.26 | | 4,039.62 | | 156.46 | | | | | | | | | | | | | 9,864.34 |
| AUDIT COSTS | | 722.50 | | 722.50 | | | | | | | | | | | | | | | 1,445.00 |
| ATTORNEY FEES | | | | | | | | | | | | | | | | | | | |
| ACCUM. PENALTIES | | 2,876.02 | | 1,987.52 | | | | | | | | | | | | | | | 4,863.54 |
| ACCUM. INTEREST | | 6,392.48 | | 4,233.64 | | 152.18 | | | 100.53 | | | | 67.02 | | 41.89 | | | | 10,987.74 |
| **TOTAL DUE** | | 98,636.13 | | 66,628.55 | | 2,336.02 | | 7,250.30 | 1,432.81 | | | | 955.20 | | 597.02 | | | | 177,836.02 |



EXHIBIT
D-10

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910
® ⬭ 433

March 20, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Laborers Pension & Welfare Funds

RE:   Orlowski Company Inc. (34751)

We have performed a fringe benefit contribution compliance audit of Orlowski Company Inc., for the period from October 1, 2007 through December 31, 2007. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursement records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $ 5,750.36 |
| PENSION | 4,098.12 |
| TRAINING | 158.73 |
| LECET | 36.08 |
| LMCC | 86.58 |
| CAICA | 57.72 |
| DUES | 659.17 |
| TOTAL | $10,846.76 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT
D-11

3/20/2008

LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

ORLOWSKI COMPANY INC.  #34751

ADDITIONAL HOURS and/or WORK DUES  6/07 - 5/08

**JUN 07 to MAY 08**

| S.S. # | Flags | Type | 2007 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2008 Jan | Feb | Mar | Apr | May | Total |
|--------|-------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| JAJE, JERZY | # SC | Hours | - | - | - | - | - | - | 65.00 | - | - | - | - | - | 65.00 |
| 8741 | | Gross $ | - | - | - | - | - | - | 2,191.95 | - | - | - | - | - | $ 2,191.95 |
| SIEMBAB, KRZYSZTOF | # SC | Hours | - | - | - | - | - | 66.50 | 86.00 | - | - | - | - | - | 152.50 |
| 8789 | | Gross $ | - | - | - | - | - | 2,200.45 | 2,870.00 | - | - | - | - | - | $ 5,070.45 |

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| TOTAL HOURS | | - | - | - | - | - | 66.50 | 151.00 | - | - | - | - | - | 217.50 |
| TOTAL GROSS $ | $ | - | $ - | $ - | $ - | $ - | $ 2,200.45 | $ 5,061.95 | $ - | $ - | $ - | $ - | $ - | $ 7,262.40 |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ 530.01 | $ 1,203.47 | $ - | $ - | $ - | $ - | $ - | $ 1,733.48 |
| PENSION | $ - | $ - | $ - | $ - | $ - | $ 377.72 | $ 857.68 | $ - | $ - | $ - | $ - | $ - | $ 1,235.40 |
| TRAINING | $ - | $ - | $ - | $ - | $ - | $ 14.63 | $ 33.22 | $ - | $ - | $ - | $ - | $ - | $ 47.85 |
| LECET | $ - | $ - | $ - | $ - | $ - | $ 3.33 | $ 7.55 | $ - | $ - | $ - | $ - | $ - | $ 10.88 |
| LMCC | $ - | $ - | $ - | $ - | $ - | $ 7.98 | $ 18.12 | $ - | $ - | $ - | $ - | $ - | $ 26.10 |
| CAICA | $ - | $ - | $ - | $ - | $ - | $ 5.32 | $ 12.08 | $ - | $ - | $ - | $ - | $ - | $ 17.40 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ 60.51 | $ 139.20 | $ - | $ - | $ - | $ - | $ - | $ 199.71 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ 999.50 | $ 2,271.32 | $ - | $ - | $ - | $ - | $ - | $ 3,270.82 |

| Rates: | 6/1/07 | | 5/31/08 | |
|--------|--------|------|---------|-------|
| WELFARE | 7.97 | LMCC | | 0.12 |
| PENSION | 5.68 | CAICA | | 0.08 |
| TRAINING | 0.22 | DUES | | 2.75% |
| LECET | 0.05 | | | |

3/20/2008

**LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION**

ORLOWSKI COMPANY INC. #34751

UNREPORTED HOURS and/or WORK DUES  6/07 - 5/08

JUN 07 to MAY 08

| S.S.# | Flags | Type | 2007 |  |  |  |  |  |  | 2008 |  |  |  |  | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |  |
| JELOGLOWSKI, JANUSZ 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 | SCCH10 10.00 | Hours | - | - | - | - | - | 216.00 | 72.00 | - | - | - | - | - | 288.00 |
|  |  | Gross $ | - | - | - | - | - | 7,160.40 | 2,386.80 | - | - | - | - | - | $ 9,547.20 |
| KOLODZIEJ, JAN ...667 | SCCH10 10.00 | Hours | - | - | - | - | - | - | 144.00 | - | - | - | - | - | 144.00 |
|  |  | Gross $ | - | - | - | - | - | - | 4,773.60 | - | - | - | - | - | $ 4,773.60 |
| VASAT, JERRY 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 | SCCH10 10.00 | Hours | - | - | - | - | - | - | 72.00 | - | - | - | - | - | 72.00 |
|  |  | Gross $ | - | - | - | - | - | - | 2,386.80 | - | - | - | - | - | $ 2,386.80 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | - | - | - | - | - | 216.00 | 288.00 | - | - | - | - | - | 504.00 |
| TOTAL GROSS $ | $ - | $ - | $ - | $ - | $ - | $ 7,160.40 | $ 9,547.20 | $ - | $ - | $ - | $ - | $ - | $ 16,707.60 |

Amount Due To Funds:

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ 1,721.52 | $ 2,295.36 | $ - | $ - | $ - | $ - | $ - | $ 4,016.88 |
| PENSION | $ - | $ - | $ - | $ - | $ - | $ 1,226.88 | $ 1,635.84 | $ - | $ - | $ - | $ - | $ - | $ 2,862.72 |
| TRAINING | $ - | $ - | $ - | $ - | $ - | $ 47.52 | $ 63.36 | $ - | $ - | $ - | $ - | $ - | $ 110.88 |
| LECET | $ - | $ - | $ - | $ - | $ - | $ 10.80 | $ 14.40 | $ - | $ - | $ - | $ - | $ - | $ 25.20 |
| LMCC | $ - | $ - | $ - | $ - | $ - | $ 25.92 | $ 34.56 | $ - | $ - | $ - | $ - | $ - | $ 60.48 |
| CAICA | $ - | $ - | $ - | $ - | $ - | $ 17.28 | $ 23.04 | $ - | $ - | $ - | $ - | $ - | $ 40.32 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ 196.91 | $ 262.55 | $ - | $ - | $ - | $ - | $ - | $ 459.46 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ 3,246.83 | $ 4,329.11 | $ - | $ - | $ - | $ - | $ - | $ 7,575.94 |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 7.97 | LMCC | 0.12 |
| PENSION | 5.68 | CAICA | 0.08 |
| TRAINING | 0.22 | DUES | 2.75% |
| LECET | 0.05 | | |

3/20/2008

# LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

ORLOWSKI COMPANY INC.  #34751

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|          | ADDITIONAL   | UNREPORTED   | TOTAL         |
|----------|-------------:|-------------:|--------------:|
| WELFARE  | $ 1,733.48   | $ 4,016.88   | $ 5,750.36    |
| PENSION  | $ 1,235.40   | $ 2,862.72   | $ 4,098.12    |
| TRAINING | $ 47.85      | $ 110.88     | $ 158.73      |
| LECET    | $ 10.88      | $ 25.20      | $ 36.08       |
| LMCC     | $ 26.10      | $ 60.48      | $ 86.58       |
| CAICA    | $ 17.40      | $ 40.32      | $ 57.72       |
| DUES     | $ 199.71     | $ 459.46     | $ 659.17      |
| TOTAL    | $ 3,270.82   | $ 7,575.94   | $ 10,846.76   |

LABORERS' DISTRICT COUNCIL OF CHICAGO - CAICA ASSOCIATION

ORLOWSKI COMPANY INC.   #34751

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---|
| WELFARE | $ | 5,750.36 |
| PENSION | $ | 4,098.12 |
| TRAINING | $ | 158.73 |
| LECET | $ | 36.08 |
| LMCC | $ | 86.58 |
| CAICA | $ | 57.72 |
| DUES | $ | 659.17 |
| TOTAL | $ | 10,846.76 |

3/20/2008

6/17/2008

# LABORERS' PENSION & WELFARE FUNDS

AUDIT

EMPLOYER   ORLOWSKI COMPANY INC.                 CODE   34751

FOLLOWING ARE THE FIGURES OWED BY THE ABOVE MENTIONED CONTRACTOR AS A RESULT OF THE AUDIT.

| | HOURS | WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDCLMCC | RATE | MCIAF | RATE | CAICA | RATE | LECET | RATE | CISCO | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-1-07-12-31-07 ADDITIONAL HOURS 6-1-07-12-31-07 | 217.50 | 1,733.48 | 7.97 | 1,235.40 | 5.68 | 47.85 | 0.22 | 199.71 | 26.10 | 0.12 | | | 17.40 | 0.08 | 10.88 | 0.05 | | | 3,270.82 |
| MEN NOT REPORTED 6-1-07-12-31-07 | 504.00 | 4,016.88 | 7.97 | 2,862.72 | 5.68 | 110.88 | 0.22 | 459.46 | 60.48 | 0.12 | | | 40.32 | 0.08 | 25.20 | 0.05 | | | 7,575.94 |
| SUBTOTAL | 721.50 | 5,750.36 | | 4,098.12 | | 158.73 | | 659.17 | 86.58 | | | | 57.72 | | 36.08 | | | | 10,846.76 |
| 10% PENALTIES | | 1,150.07 | | 819.62 | | 31.75 | | 65.92 | 8.66 | | | | 5.77 | | 3.61 | | | | 2,001.64 |
| 20% PENALTIES | | | | | | | | | | | | | | | | | | | 83.91 |
| AUDIT COSTS | | 300.00 | | 300.00 | | | | | | | | | | | | | | | 600.00 |
| ATTORNEY FEES | | | | | | | | | | | | | | | | | | | |
| ACCUM. PENALTIES | | 1,791.66 | | 1,276.86 | | 4.17 | | | 2.28 | | | | 1.50 | | 0.95 | | | | 3,068.52 |
| ACCUM. INTEREST | | 150.56 | | 107.31 | | | | | | | | | | | | | | | 268.87 |
| TOTAL DUE | | 9,142.65 | | 6,601.91 | | 194.65 | | 725.09 | 97.52 | | | | 64.99 | | 40.64 | | | | 16,867.45 |

EXHIBIT D-12