IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>                      Plaintiffs,<br>v.<br><br>ORLOWSKI CONSTRUCTION, INC., a dissolved Illinois corporation, and ORLOWSKI COMPANY, INC., an Illinois corporation, and WESLEY J. ORLOWSKI, f/k/a WIESLAW J. ORLOWSKI, individually,<br>                      Defendants. | Case No. 08 C 35<br><br>Judge BUCKLO |

## NOTICE OF MOTION

To:     Orlowski Constructions, Inc.          Orlowski Company, Inc.
        c/o Wesley Orlowski                 c/o Wesley Orlowski
        2524 W. Huron St.                   2524 W. Huron St.
        Chicago, IL 60612                   Chicago, IL 60612

        Wesley Orlowski
        2524 W. Huron St.
        Chicago, IL 60612

       PLEASE TAKE NOTICE that at 9:30 *a.m. on Wednesday, July 2, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Elaine E. Bucklo, Room 1441, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment*, a copy of which is herewith served upon you.

June 18, 2008                                                    Laborers Pension Fund, et al.

                                                            By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 18th day of June 2008 he served this notice to the above addressee(s) via U.S. Mail.

/s/ Jerrod Olszewski